# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**PAUL C. JONES (#403455)**

**VERSUS**

**WARDEN KEITH COOLEY, ET AL.**

**CIVIL ACTION**

**NO. 17-180-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 21) dated November 8, 2019, to which no objection was filed;

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is DENIED as untimely and that this proceeding is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be DENIED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 3, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**